UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>                *Plaintiff*,<br><br>   vs.<br><br>HCA HOLDINGS, INC., RICHARD M. BRACKEN, R. MILTON JOHNSON, CHRISTOPHER J. BIROSAK, JOHN P. CONNAUGHTON, JAMES D. FORBES, KENNETH W. FREEMAN, THOMAS F. FRIST, III, WILLIAM R. FRIST, CHRISTOPHER R. GORDON, MICHAEL W. MICHELSON, JAMES C. MOMTAZEE, STEPHEN G. PAGLIUCA, NATHAN C. THORNE, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. INCORPORATED and WELLS FARGO SECURITIES, LLC,<br><br>                *Defendants*. | Civil Action No. 3:11-cv-01033<br><br><u>CLASS ACTION</u><br><br>JUDGE SHARP<br><br><br><br><br><br><br><br><u>DEMAND FOR JURY TRIAL</u> |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Timothy L. Miles, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Francis A. Bottini
Chapin Fitzgerald Sullivan & Bottini LLP
550 W C Street
Suite 2000
San Diego, CA 92101
(619) 241-4810
Fax: (619) 955-5318
Email: fbottini@cfsblaw.com

for the purposes of litigation in this Court as counsel for the Plaintiff.

Francis A. Bottini is a member in good standing of the United States District Court for the Central District of California. A certificate of good standing is filed contemporaneously herewith and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

DATED: November 22, 2011
BARRETT JOHNSTON, LLC
GEORGE E. BARRETT, #2672
DOUGLAS S. JOHNSTON, JR., #5782
TIMOTHY L. MILES, #21605

/s Timothy L. Miles
TIMOTHY L. MILES

217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

CHAPIN FITZGERALD SULLIVAN
  & BOTTINI LLP
FRANCIS A. BOTTINI
550 West C Street, Suite 2000
San Diego, CA 92101
Telephone: 619/241-4810
619/955-5318 (fax)

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 18th of November 2011, I served the foregoing *Motion for Admission Pro Hac Vice* via the method indicated on the following:

**VIA COURT'S ELECTRONIC FILING SYSTEM:**

STEVEN A. RILEY
MILTON S. McGEE, III
RILEY WARNOCK & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
T: 615/320-3700
F: 615/320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

EVERETT JOHNSON
MICHELE E. ROSE
J. CHRISTIAN WORD
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
T: 202/637-1008
F: 202/637-2201
Everett.johnson@lw.com
Michele.rose@lw.com
Christian.word@lw.com

*Attorneys for Defendants HCA Holdings, Inc., Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne*

**VIA US MAIL:**

LAWRENCE PORTNOY
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
T: 212/450-4874
F: 212/701-5874
Lawrence.portnoy@davispolk.com

*Attorney for Defendants Merrill Lynch, Pierce,
Fenner & Smith Incorporated, Citigroup
Global Markets Inc., J.P. Morgan Securities
LLC, Barclays Capital Inc., Credit Suisse
Securities (USA) LLC, Deutsche Bank Securities
Inc., Goldman, Sachs & Co., Moran Stanley & Co.
Incorporated and Wells Fargo Securities, LLC*

                                                s/Timothy L. Miles
                                                TIMOTHY L. MILES