**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH** | **)** | |
| | **)** | **NO. 3:11-1033** |
| **v.** | **)** | **JUDGE SHARP** |
| | **)** | |
| **HCA HOLDINGS, INC., et al.,** | **)** | |

**ORDER**

Pending before the Court is a Joint Motion for Entry of an Order of Consolidation and Scheduling (Docket No. 22).

The Motion is GRANTED in part, and this action is now consolidated with *Rafat Kishtah v. HCA Holdings, et al, Case No. 3:11-1098.* Magistrate Judge Griffin will approve and enter a scheduling order.

It is so ORDERED.

Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE