UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>Defendants. | Civil Action No. 3:11-cv-01033<br>CLASS ACTION<br><br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |
| JULIUS DANIELS, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 3:11-cv-01170<br>CLASS ACTION<br><br>Senior Judge John T. Nixon<br>Magistrate Judge Juliet E. Griffin |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Timothy L. Miles, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

**Darren J. Robbins**
**Catherine J. Kowalewski**
**David C. Walton**
**James I. Jaconette**
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
Email: darrenr@rgrdlaw.com
Email: katek@rgrdlaw.com
Email: davew@rgrdlaw.com
Email: jamesj@rgrdlaw.com

for the purposes of litigation in this Court as counsel for the Plaintiff.

Darren J. Robbins, Catherine J. Kowalewski, David C. Walton and James I. Jaconette are members in good standing of the United States District Court for the Southern District of California. Their certificates of good standing are filed contemporaneously herewith and the filing fee in the amount of $300.00 is being tendered to the Clerk via the Court's electronic payment system.

DATED: January 5, 2012

BARRETT JOHNSTON, LLC
George E. Barrett, #2672
Douglas S. Johnston, Jr., #5782
Timothy L. Miles, #21605


　　　　　　/s Timothy L. Miles
　　　　TIMOTHY L. MILES

217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

Darren J. Robbins
Catherine J. Kowalewski
David C. Walton
James I. Jaconette
ROBBINS GELLER RUDMAN & DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
darrenr@rgrdlaw.com
katek@rgrdlaw.com
davew@rgrdlaw.com
jamesj@rgrdlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of January, 2012, I served the foregoing *Motion for Admission Pro Hac Vice* via the Court's Electronic Filing System on the following:

Steven A. Riley
Milton S. McGee, III
RILEY WARNOCK & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
T: 615/320-3700
F: 615/320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

Everett Johnson
Michele E. Rose
J. Christian Word
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
T: 202/637-1008
F: 202/637-2201
Everett.johnson@lw.com
Michele.rose@lw.com
Christian.word@lw.com

Lawrence Portnoy
Joanna Cohn Weiss
Edmund Poluinski , III
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
T: 212/450-4874
F: 212/701-5874
Lawrence.portnoy@davispolk.com
joanna.weiss@davispolk.com
epolub@davispolk.com

Matthew Joseph Sweeney , III
John S. Hicks
Caldwell G. Collins
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC (Nash)
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5600
msweeney@bakerdonelson.com

jhicks@bakerdonelson.com
cacollins@bakerdonelson.com

Adrienne O. Bell
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
abell@ktmc.com

D. Seamus Kaskela
David M. Promisloff
SCHIFFRIN, BARROWAY, TOPAS
   & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
skaskela@ktmc.com
dpromisloff@ktmc.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
pknashlaw@aol.com
robert@bramlettlawoffices.com


                                                s/Timothy L. Miles
                                                TIMOTHY L. MILES