UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-cv-01033<br><br><u>CLASS ACTION</u><br><br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |
| JULIUS DANIELS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-cv-01170<br><br><u>CLASS ACTION</u><br><br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |

ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

Having considered the New England Teamsters & Trucking Industry Pension Fund's Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), the New England Teamsters & Trucking Industry Pension Fund is appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel and Barrett Johnston, LLC as Liaison Counsel for the class is approved.

IT IS SO ORDERED.

DATED: May 3, 2012

Kevin H. Sharp

THE HONORABLE KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Matthew Sweeney
John S. Hicks
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201

Paul Kent Bramlett
Robert Preston Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215-0734

Milton S. McGee, III
Steven A. Riley
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

Everett C. Johnson, Jr.
Michele E. Rose
J. Christian Word
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington DC 20004-1304

D. Seamus Kaskela
David M. Promisloff
Adrienne O. Bell
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

James J. Jaconette
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Francis A. Bottini, Jr.
Chapin Fitzgerald Sullivan & Bottini LLP
550 West C Street, Suite 2000
San Diego, CA 92101

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 27, 2011.

s/ George E. Barrett
GEORGE E. BARRETT

217 Second Avenue, North
Nashville, TN 37201-1601
gbarrett@barrettjohnston.com