MOTION DENIED AS MOOT; See Docket Entry No. 81.

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, *Plaintiff*, | ) | Civil Action No. 3:11-cv-01033 |
| vs. | ) | (Lead Case) |
| HCA HOLDINGS, INC., *et al.*, *Defendants*. | ) | CLASS ACTION<br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |

**MOTION TO ASCERTAIN STATUS OF CASE**

Pursuant to LR 7.01(c), Movant New England Teamsters & Trucking Industry Pension Fund (the "Pension Fund") hereby respectfully moves to ascertain the status of its Unopposed Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion").

The basis for this motion is as follows:

1. On December 27, 2011, the Pension Fund timely filed its Motion pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") (Dkt. No. 70);

2. No other member of the purported class timely moved the Court to serve as lead plaintiff;

3. As a result, the Pension Fund filed a notice that its Motion was unopposed on January 13, 2012 (Dkt. No. 78); and

4. Because this action is subject to the PSLRA, it cannot proceed until the Court has entered an order granting the Pension Fund's Motion. Thus, the Pension Fund submits an "expedited disposition of the . . . motion is deemed necessary or desirable." LR 7.01(c).