UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 3:11-cv-01033 <br> ) **(Consolidated)** |
| *Plaintiff*, | ) Judge Kevin H. Sharp |
| vs. | ) Magistrate Judge Juliet E. Griffin |
| HCA HOLDINGS, INC., et al., | ) <u>CLASS ACTION</u> |
| *Defendants*. | ) |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Timothy L. Miles, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Scott H. Saham
Robert R. Henssler Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
bhenssler@rgrdlaw.com

for the purposes of litigation in this Court as counsel for Lead Plaintiff, New England Teamsters & Trucking Industry Pension Fund.

Scott H. Saham and Robert R. Henssler, Jr. are members in good standing of the United States District Court for the Southern District of California. Their certificates of good standing are filed contemporaneously herewith and the filing fee in the amount of $150.00 is being tendered to the Clerk via the Court's electronic payment system.

DATED: May 14, 2012                         BARRETT JOHNSTON, LLC
                                            GEORGE E. BARRETT, #2672
                                            DOUGLAS S. JOHNSTON, JR., #5782
                                            TIMOTHY L. MILES, #21605


                                                s/ TIMOTHY L. MILES
                                                TIMOTHY L. MILES

                                            217 Second Avenue, North
                                            Nashville, TN 37201-1601
                                            Telephone: 615/244-2202
                                            615/252-3798 (fax)
                                            gbarrett@barrettjohnston.com
                                            djohnston@barrettjohnston.com
                                            tmiles@barrettjohnston.com

                                            *Liaison Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES I. JACONETTE
SCOTT H. SAHAM
ROBERT R. HENSSLER JR.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2012, I served the foregoing Motion for Admission *Pro Hac Vice* via the Court's Electronic Filing System on the following:

Matthew Sweeney
John S. Hicks
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell
  & Berkowitz, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
615/726-5600
615/726-0464 (Fax)
msweeney@bakerdoneloson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com

Milton S. McGee, III
Steven A. Riley
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615/320-3700
615/320-3737 (Fax)
tmcgee@rwjplc.com
sriley@rwjplc.com

Everett Johnson
Michele E. Rose
J. Christian Word
Latham & Watkins, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202/637-1008
202/637-2201 (Fax)
everett.johnson@lw.com
michele.rose@lw.com
christian.word@lw.com

Lawrence Portnoy
Joanna Cohn Weiss
Edmund Poluinski, III
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
212/450-4874
212/701-5874 (Fax)
lawrence.portnoy@davispolk.com
joanna.weiss@davispolk.com
epolub@davispolk.com

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
Barrett Johnston, LLC
217 Second Avenue North
Nashville, TN 37201
615/244-2202
615/252-3798 (Fax)
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

Paul Kent Bramlett
Robert Preston Bramlett
Bramlett Law Offices
P.O. Box 150734
615/248-2828
615/254-4116 (Fax)
pknashlaw@aol.com
robert@bramlettlawoffices.com

Francis A. Bottini, Jr.
Chapin Fitzgerald Sullivan & Bottini LLP
550 West C Street, Suite 2000
San Diego, CA 92101
619/241-4810
619/955-5318 (Fax)
fbottini@cfsblaw.com

| | |
|---|---|
| D. Seamus Kaskela | James J. Jaconette |
| David M. Promisloff | Scott H. Saham |
| Adrienne O. Bell | Robert R. Henssler Jr. |
| Kessler Topaz Meltzer & Check, LLP | Robbins Geller Rudman & Dowd LLP |
| 280 King of Prussia Road | 655 West Broadway, Suite 1900 |
| Radnor, PA 19087 | San Diego, CA 92101 |
| 610/667-7706 | 619/231-1058 |
| 610/667-7056 (Fax) | 619/231-7423 (Fax) |
| skaskela@ktmc.com | jamesj@rgrdlaw.com |
| dpromisloff@ktmc.com | scotts@rgrdlaw.com |
| abell@ktmc.com | bhenssler@rgrdlaw.com |

                                                          s/ TIMOTHY L. MILES
                                                            TIMOTHY L. MILES