MOTION GRANTED

Kevin H. Sharp

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE HCA HOLDINGS, INC. SECURITIES LITIGATION** | ) | **Civil Action No. 3:11-cv-01033** |
| | ) | |
| | ) | **Judge Kevin H. Sharp** |
| | ) | **Magistrate Judge Juliet E. Griffin** |
| | ) | |
| | ) | **CLASS ACTION** |
| | ) | **DEMAND FOR JURY TRIAL** |

## MOTION TO WITHDRAW APPEARANCE OF JOANNA WEISS AS CO-COUNSEL FOR UNDERWRITER DEFENDANTS

Joanna Weiss, an associate in the lead defense firm of Davis Polk & Wardwell, has withdrawn from the firm and is no longer engaged as an attorney on behalf of the Underwriter Defendants. Undersigned counsel request that Ms. Weiss be permitted to formally withdraw from this representation and that she be removed from the docket as counsel in this case to be notified of filings.

Respectfully submitted,


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

s/ Matthew Sweeney
Matthew Sweeney
John S. Hicks
Caldwell Collins
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
T: 615/726-5774
F: 615/744-5774
msweeney@bakerdonelson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com


and