**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,** | ) | **Civil Action No. 3:11-cv-01033** |
| ***Plaintiff*,** | ) | **(Lead Case)** |
| **vs.** | ) | **CLASS ACTION** |
| **HCA HOLDINGS, INC., *et al*.,** | ) | **Judge Kevin H. Sharp** <br> **Magistrate Judge Juliet E. Griffin** |
| ***Defendants*.** | ) | |

**HCA DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

Defendants HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne respectfully move, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing with prejudice the Consolidated Complaint. The grounds for this Motion are set forth in the Memorandum in Support hereof and exhibits thereto, which are filed herewith and incorporated herein by reference.

Respectfully submitted,

s/ Steven A. Riley

Steven A. Riley
James N. Bowen
Milton S. McGee, III
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
sriley@rwjplc.com
jimbowen@rwjplc.com
tmcgee@rwjplc.com

Everett C. Johnson, Jr.
Michele E. Rose
J. Christian Word
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-1008
Everett.johnson@lw.com
Michele.rose@lw.com
Christian.word@lw.com

*Attorneys for Defendants HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

George E. Barrett
Douglas E. Johnston, Jr.
Timothy L. Miles
BARRETT JOHNSTON, LLC
217 Second Avenue, North
Nashville, TN 37201-1601
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
Robert R. Henssler, Jr.
James I. Jaconette
Scott H. Saham
ROBBINS GELLER RUDMAN & DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com
davew@rgrdlaw.com
katek@rgrdlaw.com
bhenssler@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com

D. Seamus Kaskela
David M. Promisloff
Adrienne O. Bell
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
skaskela@ktmc.com
dpromisloff@ktmc.com
abell@ktmc.com

Francis A. Bottini
CHAPIN FITZGERALD SULLIVAN & BOTTINI, LLP
550 West C. Street, Suite 2000
San Diego, CA 92101
fbottini@cfsblaw.com

Matthew Sweeney
John S. Hicks
Caldwell Collins
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
msweeney@bakerdonelson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com

Everett C. Johnson, Jr.
Michele E. Rose
J. Christian Word
LATHAM & WATKINS
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
everett.johnson@lw.com
michele.rose@lw.com
christian.word@lw.com

Lawrence Portnoy
Edmund Polubinski, III
Lesley Bark
Joanna Cohn Weiss
DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
lawrence.portnoy@davispolk.com
epolub@davispolk.com
lesley.bard@davispolk.com
joanna.weiss@davispolk.com

**And Via Electronic Mail to:**

Stanley J. Parzen
MAYER BROWN, LLP
71 S. Wacker Dr.
Chicago, IL 60606
sparzen@mayerbrown.com

This the 11th day of September, 2012.

s/ Steven A. Riley