IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE HCA HOLDINGS INC. SECURITIES LITIGATION | ) ) ) ) | No. 3-11-1033<br><br>Consolidated with<br>No. 3-11-1170 and No. 3-11-1098 |

O R D E R

On September 11, 2012, the HCA defendants filed a motion to dismiss (Docket Entry No. 98) the consolidated complaint (Docket Entry No. 92), in which the Underwriter defendants have joined (Docket Entry No. 102).

In accord with the order entered May 15, 2012 (Docket Entry No. 88), the plaintiff shall have until November 12, 2012, to file a response to the motion to dismiss. Any reply, if necessary, shall be filed within 45 days of the filing of the response or by December 27, 2012, if the response is filed on November 12, 2012.

The Clerk is directed to forward the cases in this consolidated action to the Honorable Kevin H. Sharp for his consideration of the motion to dismiss filed by the HCA defendants, in which the Underwriter defendants join, and accompanying filings (Docket Entry Nos. 98-100), the response to be filed by November 12, 2012, and any reply, if necessary, to be filed no later than December 27, 2012, as well as the motion of the HCA defendants for oral argument (Docket Entry No. 101).

It is so ORDERED.

Juliet Griffin

JULIET GRIFFIN
United States Magistrate Judge