**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH** | ) | |
| | ) | **NO. 3:11-1033** |
| **v.** | ) | **JUDGE SHARP** |
| | ) | |
| **HCA HOLDINGS, INC., et al.,** | ) | |

**ORDER**

Pending before the Court is Defendant's Motion Requesting Oral Argument (Docket No. 101) on HCA Defendants' Motion to Dismiss the Consolidated Complaint (Docket No. 98).

The motion is GRANTED and the Court will hold oral argument on February 25, 2013 at 9:00 a.m.

It is so ORDERED.

Kevin H. Sharp

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE