**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,** | ) | **Civil Action No. 3:11-cv-01033** |
| ***Plaintiff*,** | ) | **(Lead Case)** |
| **vs.** | ) | **CLASS ACTION** |
| **HCA HOLDINGS, INC., *et al*.,** | ) | **Judge Kevin H. Sharp** **Magistrate Judge Juliet E. Griffin** |
| ***Defendants*.** | ) | |

**ORDER**

Pending before the Court is the parties' Joint Motion for Entry of an Order Rescheduling Oral Argument on the HCA Defendants' Motion to Dismiss the Consolidated Complaint (Docket No. 98). For good cause shown, the Motion is granted and oral argument on the HCA Defendants' Motion to Dismiss the Consolidated Complaint (Docket No. 98) currently set for February 25, 2013 at 9:00 a.m. (Docket No. 111) is hereby rescheduled to April 15, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 8, 2013

Kevin H. Sharp
KEVEN H. SHARP
UNITED STATES DISTRICT JUDGE



Case 3:11-cv-01033 Document 113 Filed 02/08/13 Page 1 of 1 PageID #: 1350