**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 3:11-01033** |
| | ) | **Consolidated Class Action** |
| **HCA HOLDINGS, INC., et al.,** | ) | **Judge Sharp** |
| **Defendants.** | ) | |

# ORDER

For the reasons explained in the accompanying Memorandum, the Motion to Dismiss (Docket No. 98) filed by the HCA Defendants and joined in by the Underwriter Defendants (Docket No. 110) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiffs' allegations that, in regard to its initial public offering, HCA unlawfully failed to disclose (1) an adverse trend in Medicaid Revenue Growth; (2) the potential impact on revenue of proposed Medicaid legislation in Florida and Texas; and (3) an adverse trend in Medicaid Supplemental UPL payments from Texas. In all other respects the Motion is denied.

Plaintiff's request to amend the Consolidated Amended Complaint is DENIED.

It is SO ORDERED.

Kevin H. Sharp

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE