IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KARSTEN SCHUH, individually and on )
behalf of all others similarly situated )
)
v. )
)
HCA HOLDINGS, INC.; RICHARD )
M. BRACKEN; R. MILTON JOHNSON; )
CHRISTOPHER J. BIROSAK; JOHN ) No. 3-11-1033
P. CONNAUGHTON; JAMES D. )
FORBES; KENNETH W. FREEMAN; ) Consolidated with Nos. 3-11-1098
THOMAS F. FRIST, III; WILLIAM ) and 3-11-1170
R. FRIST; CHRISTOPHER R. )
GORDON; MICHAEL W. )
MICHELSON; JAMES C. MOMTAZEE; )
STEPHEN G. PAGLIUCA; NATHAN C. )
THORNE; MERRILL LYNCH, PIERCE, )
FENNER & SMITH INCORPORATED; )
CITIGROUP GLOBAL MARKETS )
INC.; J.P. MORGAN SECURITIES )
LLC; BARCLAYS CAPITAL INC.; )
CREDIT SUISSE SECURITIES (USA) )
LLC; DEUTSCHE BANK SECURITIES )
INC.; GOLDMAN SACHS & CO.; )
MORGAN STANLEY & CO. )
INCORPORATED; and WELLS FARGO )
SECURITIES, LLC )

O R D E R

The plaintiffs' motion for leave to file reply (Docket Entry No. 147) is GRANTED.

The Clerk is directed to file and docket the plaintiffs' reply (Docket Entry No. 147-1) to the

defendants' response (Docket Entry No. 146) to the plaintiffs' motion to compel (Docket Entry

No. 141).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge