IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, individually and on behalf of all others similarly situated<br><br>v.<br><br>HCA HOLDINGS, INC.; RICHARD M. BRACKEN; R. MILTON JOHNSON; CHRISTOPHER J. BIROSAK; JOHN P. CONNAUGHTON; JAMES D. FORBES; KENNETH W. FREEMAN; THOMAS F. FRIST, III; WILLIAM R. FRIST; CHRISTOPHER R. GORDON; MICHAEL W. MICHELSON; JAMES C. MOMTAZEE; STEPHEN G. PAGLIUCA; NATHAN C. THORNE; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS & CO.; MORGAN STANLEY & CO. INCORPORATED; and WELLS FARGO SECURITIES, LLC | No. 3-11-1033<br><br>Consolidated with Nos. 3-11-1098 and 3-11-1170 |

O R D E R

Pursuant to the order entered August 5, 2013 (Docket Entry No. 139), a hearing was held on September 6, 2013, at which time the following matters were addressed:

1. The plaintiffs' motion to compel (Docket Entry No. 141) was GRANTED to the extent provided herein.

2. As soon as possible, but no later than September 20, 2013, defendant HCA Holdings, Inc. ("HCA") shall produce to plaintiffs' counsel all documents that the defendants produced to the United States Attorney for the Southern District of Florida and all documents produced to the United States Department of Justice ("DOJ") during their respective investigations. Such production shall include all patient records produced to the government, which shall be treated in accordance with the order entered August 8, 2013 (Docket Entry No. 145). If any additional protection is appropriate

for patient medical records, the parties shall file a joint motion for entry of a supplemental protective order.

3. By no later than October 7, 2013, defendant HCA shall produce to plaintiffs' counsel business reports showing the number of cardiac procedures performed for the third and fourth quarters of 2010 and the first quarter of 2011 and the revenue and earnings derived from these procedures companywide, i.e., both at the corporate and regional levels.

4. By no later than October 21, 2013, defendant HCA shall produce to plaintiffs' counsel business reports showing the number of cardiac procedures performed for the third and fourth quarters of 2010 and the first quarter of 2011, and the revenue and earnings derived from those procedures for each of the ten (10) hospitals that were the subject of the investigation by the U.S. Attorney for the Southern District of Florida.

5. By no later than October 7, 2013, defendant HCA shall produce documents authored by and/or about C.T. Tomlinson and/or Stephen Johnson relating to medically unnecessary cardiac procedures and any documents relating to HCA's internal investigation of unnecessary cardiac procedures to the extent that such documents are not produced in accord with ¶ 2 above. To the extent that defendant HCA asserts attorney-client privilege, work product protection, or any other privilege or protection precluding their disclosures, defendant HCA shall produce a privilege log, which shall include sufficient information to permit the plaintiffs and the Court to understand the basis upon which the privilege or protection is asserted.

6. The October 15, 2013, deadline for filing motions to amend the pleadings is extended to December 16, 2013.

7. A hearing is scheduled on **Friday, November 8, 2013, at 9:30 a.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address any pending discovery motions, issues or disputes.

Any party desiring to appeal any order of the Magistrate Judge may do so by filing a motion for review no later than fourteen (14) days from the date of service of the order. The motion for

review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for the appeal. See Rule 72.02(b)(1) of the Local Rules of Court and Rule 72(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge