MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 3:11-cv-01033 (Consolidated)<br><br>CLASS ACTION<br><br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |

**HCA'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Stipulation and Supplemental Protective Order (Dkt. 155), Defendant HCA Holdings, Inc. ("HCA") respectfully requests leave to file under seal the supplemental Declaration of Leesa Hinson, Exhibit A thereto (letters from an anonymous complainant) and HCA's supplemental privilege log with a legend of persons appearing on the log.

HCA has designated these documents as "CONFIDENTIAL" pursuant to the Stipulation and Supplemental Protective Order, which requires any documents so designated to be filed under seal. These documents contain sensitive confidential information concerning internal operations at HCA that is protectable pursuant to paragraph 2 of the Stipulation and Supplemental Protective Order. HCA is concurrently submitting these documents under seal with the Court in connection with this Motion. Accordingly, HCA respectfully moves the Court to direct the clerk to file these documents under seal.