IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, individually and on behalf of all others similarly situated<br><br>v.<br><br>HCA HOLDINGS, INC.; RICHARD M. BRACKEN; R. MILTON JOHNSON; CHRISTOPHER J. BIROSAK; JOHN P. CONNAUGHTON; JAMES D. FORBES; KENNETH W. FREEMAN; THOMAS F. FRIST, III; WILLIAM R. FRIST; CHRISTOPHER R. GORDON; MICHAEL W. MICHELSON; JAMES C. MOMTAZEE; STEPHEN G. PAGLIUCA; NATHAN C. THORNE; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS & CO.; MORGAN STANLEY & CO. INCORPORATED; and WELLS FARGO SECURITIES, LLC | ) | No. 3-11-1033<br><br>Consolidated with Nos. 3-11-1098 and 3-11-1170 |

O R D E R

The parties' joint motion to modify initial case management order # 1 (Docket Entry No. 178) is GRANTED, and the following deadlines are extended:

1. The time for the defendants to file a response to the plaintiff's motion for class certification (Docket Entry No. 159) is extended to February 18, 2014. Any reply, if necessary, shall be filed no later than April 9, 2014.

No other filings in support of or in opposition to the plaintiff's motion for class certification shall be made after April 9, 2014, except with the express permission of the Honorable Kevin H. Sharp.

Neither the response nor the reply shall exceed twenty (20) pages.

2. The December 19, 2013, deadline for filing any motions to amend the pleadings is extended to February 18, 2014.

Except as modified herein, the deadlines provided in the orders entered August 8, 2013 (Docket Entry Nos. 142-143), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge