MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 3:11-cv-01033 (Consolidated) |
| *Plaintiff*, | ) | CLASS ACTION |
| vs. | ) | Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |
| HCA HOLDINGS, INC., *et al.*, | ) | |
| *Defendants*. | ) | |

**MOTION TO WITHDRAW**

Defendants HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne (collectively the "HCA Defendants") respectfully request that Michele E. Rose be removed as one of their attorneys of record in this case because she has withdrawn as their counsel and is no longer associated with the firm of Latham & Watkins, LLP. The HCA Defendants will continue to be represented in this matter by their other attorneys with Latham & Watkins, LLP and Riley Warnock & Jacobson, PLC who have entered an appearance in this matter.

Respectfully submitted,

s/ Steven A. Riley

Steven A. Riley
Milton S. McGee, III
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com