MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 3:11-cv-01033 (Consolidated)<br><br>CLASS ACTION<br><br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |

**HCA DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Stipulation and Supplemental Protective Order (Dkt. 155) (the "Protective Order"), the HCA Defendants[1] respectfully request leave to file under seal their Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification (the "Memorandum") and Exhibits 1, 3, 4, 15, 24-30 and 32 to the Declaration of Steven A. Riley (the "Riley Declaration").

The parties and Lead Plaintiff's investment advisor, Victory Capital Management, have designated certain documents discussed in the Memorandum and attached as Exhibits to the Riley Declaration as "CONFIDENTIAL" pursuant to the Protective Order, which requires any documents so designated to be filed under seal. Dkt. 155 at ¶12. These documents include sensitive confidential information concerning HCA and/or Victory Capital Management that is protectable pursuant to paragraph 2 of the Protective Order. The HCA Defendants are concurrently submitting these documents under seal with the Court in connection with this

[1] The "HCA Defendants" are: HCA Holdings, Inc. ("HCA"), Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.