MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 3:11-cv-01033 **(Consolidated)** |
| Plaintiff, | ) | Judge Kevin H. Sharp |
| vs. | ) | Magistrate Judge Juliet E. Griffin |
| HCA HOLDINGS, INC., et al., | ) | CLASS ACTION |
| Defendants. | ) | LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |