**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,**<br><br>***Plaintiff*,**<br><br>**vs.**<br><br>**HCA HOLDINGS, INC., *et al.*,**<br><br>***Defendants*.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 3:11-cv-01033**<br><br>**(Lead Case)**<br><br>**<u>CLASS ACTION</u>**<br><br>**Judge Kevin H. Sharp**<br>**Magistrate Judge Juliet E. Griffin** |

**ORDER**

Pending before the Court is the parties' Joint Motion to Set Hearing on Lead Plaintiff's Motion for Class Certification. For good cause shown, the Motion is hereby granted and Lead Plaintiff's Motion for Class Certification shall be heard on August 7, 2014 at 10:30 a.m.

Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE