MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 3:11-cv-01033 (Consolidated)<br><br>CLASS ACTION<br><br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |

**HCA DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY UNDER SEAL**

The HCA Defendants[1] respectfully request leave to file under seal the attached Sur-Reply In Opposition To Lead Plaintiff's Motion For Class Certification. HCA believes that a Sur-Reply will assist the Court in considering Lead Plaintiff's pending Motion for Class Certification and will reply to issues improperly raised by Lead Plaintiff for the first time in its recent Reply (Dkt. 235). Further, pursuant to the Stipulation and Supplemental Protective Order entered in this matter (Dkt. 155), the HCA Defendants respectfully request leave to file the Sur-Reply under seal. The grounds for this Motion are:

In its opening memorandum in support of its motion for class certification, Plaintiff offered only conclusory statements that each element of Rule 23 was met and generalized legal arguments pertaining to class certification in securities cases. HCA responded to those arguments in its Opposition brief (Dkt. 198). Lead Plaintiff improperly raised, for the first time, new arguments and issues in its Reply (Dkt. 235). *See, e.g.*, *Hutten v. Knight*, No 3:10-cv-00105, 2012 WL 246302 at *6 (M.D. Tenn. Jan. 26, 2012) (Sharp, J.) ("[A party's] procedure is improper" when it raises a new

[1] The "HCA Defendants" are: HCA Holdings, Inc. ("HCA"), Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.