IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, individually and on behalf of all others similarly situated<br><br>v.<br><br>HCA HOLDINGS, INC.; RICHARD M. BRACKEN; R. MILTON JOHNSON; CHRISTOPHER J. BIROSAK; JOHN P. CONNAUGHTON; JAMES D. FORBES; KENNETH W. FREEMAN; THOMAS F. FRIST, III; WILLIAM R. FRIST; CHRISTOPHER R. GORDON; MICHAEL W. MICHELSON; JAMES C. MOMTAZEE; STEPHEN G. PAGLIUCA; NATHAN C. THORNE; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS & CO.; MORGAN STANLEY & CO. INCORPORATED; and WELLS FARGO SECURITIES, LLC | No. 3-11-1033<br><br>Consolidated with Nos. 3-11-1098 and 3-11-1170 |

O R D E R

Although technically remaining pending, it appears to the Court that the plaintiff's motion for entry of ESI protocol (Docket Entry No. 174) and the responsive motion filed by the HCA defendants for protective order (Docket Entry No. 181) have become moot.

In the statement of issues to be resolved at the June 26, 2014, status conference (Docket Entry No. 230), the plaintiff did not list these motions as outstanding issues although the plaintiff

did list another pending motion and other discovery issues. Similarly, the parties did not address these motions during the June 26, 2014, status conference although a wide range of other scheduling and discovery issues were addressed.

As a result, the Clerk is directed to terminate those motions (Docket Entry Nos. 174 and 181) as pending motions.

If residual issues remain, the parties shall file a joint status report indicating what issues are still unresolved and the parties' respective positions on those issues.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge