**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 3:11-01033** |
| | ) | **Consolidated Class Action** |
| **HCA HOLDINGS, INC., et al.,** | ) | **Judge Sharp** |
| **Defendants.** | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, Lead Plaintiff's Motion for Class Certification (Docket No. 159) is hereby GRANTED. The Court hereby CERTIFIES A CLASS consisting of

> All persons who acquired the common stock of HCA Holdings, Inc. on or before October 28, 2011, traceable to the Registration Statement and Prospectus utilized in connection with HCA's March 9, 2011 initial public offering. Excluded from the Class are Defendants and their families, the officers and Directors of HCA at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

The New England Teamsters & Trucking Industry Pension Fund is DESIGNATED as Class Representative and Robbins Geller Rudman & Dowd LLP and Barrett Johnston, LLC are APPOINTED as Lead Class Counsel and Liaison Class Counsel, respectively, in the above-entitled action.

It is SO ORDERED.

Kevin H. Sharp

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE