MOTION GRANTED

Kevin H. Sharp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,** | ) | **Civil Action No. 3:11-cv-01033** |
| ***Plaintiff*,** | ) | **(Lead Case)** |
| **vs.** | ) | **<u>CLASS ACTION</u>** |
| **HCA HOLDINGS, INC., *et al.*,** | ) | **Judge Kevin H. Sharp**<br>**Magistrate Judge Juliet E. Griffin** |
| ***Defendants*.** | ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

The Underwriter Defendants move that Lesley Bark be permitted to withdraw as one of their counsel of record. As grounds, Ms. Bark will no longer be employed with the law firm of Davis Polk & Wardwell LLP ("Davis Polk"). The other attorneys at Davis Polk who have entered appearances will continue to represent the Underwriter Defendants; therefore, no parties will be prejudiced by Ms. Bark's withdrawal. The Underwriter Defendants also move that Ms. Bark be removed from receiving electronic notices of filings in this case.

Dated: February 5, 2015

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/ Matthew Sweeney

Matthew Sweeney
John S. Hicks
Caldwell Collins
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
T: (615) 726-5774
F: (615) 744-5774
msweeney@bakerdonelson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com