MOTION GRANTED

Kevin H. Sharp

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,**<br><br>***Plaintiff*,**<br><br>**vs.**<br><br>**HCA HOLDINGS, INC., *et al.*,**<br><br>***Defendants*.** | ) | **Civil Action No. 3:11-cv-01033**<br><br>**(Lead Case)**<br><br>**CLASS ACTION**<br><br>**Judge Kevin H. Sharp**<br>**Magistrate Judge Juliet E. Griffin** |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Morgan Stanley & Co., LLC (formerly known as Morgan Stanley & Co. Incorporated), Wells Fargo Securities, LLC, Avondale Partners, LLC, CRT Capital Group LLC, B. Riley & Company, LLC (formerly known as Caris & Company, Inc.), CastleOak Securities, L.P., Cowen and Company, LLC, Credit Agricole Securities (USA) Inc., Gleacher & Company Securities, Inc., Lazard Capital Markets LLC, Leerink Partners LLC (formerly known as Leerink Swann LLC), Loop Capital Markets L.L.C., Mizuho Securities USA Inc., Morgan Keegan & Company, Inc., Muriel Siebert & Co., Inc., Oppenheimer & Co. Inc., RBC Capital Markets, LLC, RBS Securities Inc., Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, SMBC Nikko Capital Markets Limited, Samuel A. Ramirez & Company, Inc., Sanford C. Bernstein & Co., LLC, SunTrust Robinson Humphrey, Inc., Susquehanna Financial Group, LLLP and The Williams Capital Group, L.P. (the "Underwriter Defendants"), defendants in the above-captioned case, hereby move that Benjamin Mills be withdrawn as its counsel of record. As grounds, Mr. Mills will no longer be

N MJS 1535549 v1
2921810-000001 07/15/2015