MOTION GRANTED
Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 3:11-cv-01033 (Consolidated)<br><br>CLASS ACTION<br>Judge Kevin H. Sharp<br>Magistrate Judge Juliet E. Griffin |

**HCA DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Concurrently with this Motion, the HCA Defendants[1] are filing motions to exclude the testimony of three of Plaintiffs' proposed experts: D. Paul Regan, Richard Puntillo and Jeptha Curtis, M.D. (collectively, the "Motions"). The parties have designated certain information and documents discussed in the memoranda, declarations and exhibits supporting the Motions as "CONFIDENTIAL" pursuant to the Stipulation and Supplemental Protective Order (Dkt. No. 155) (the "Protective Order"), which requires any documents so designated to be filed under seal. Dkt. 155 at ¶ 12.

Specifically, pursuant to the Protective Order, the HCA Defendants respectfully request leave to file under seal:

A. a Memorandum in Support of their Motion to Exclude Expert Testimony of D. Paul Regan along with the following declarations and documents submitted in connection therewith:

[1] The "HCA Defendants" are: HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.