UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 3:11-cv-01033 |
| *Plaintiff*, | ) | (Lead Case) |
| vs. | ) | <u>CLASS ACTION</u> |
| HCA HOLDINGS, INC., *et al.*, | ) | <u>ORAL ARGUMENT REQUESTED</u> |
| *Defendants*. | ) | Judge Kevin H. Sharp<br>Magistrate Judge Barbara D. Holmes |

**<u>HCA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' REMAINING CLAIMS</u>**

Pursuant to Federal Rule of Civil Procedure 56(a), the HCA Defendants,[1] through their undersigned counsel, move for summary judgment on all remaining claims of Plaintiffs' Consolidated Complaint for Violation of the Federal Securities Laws because the record shows that there is no genuine dispute as to any material fact and that the HCA Defendants are entitled to judgment as a matter of law.

In support of this Motion for Summary Judgment, the HCA Defendants rely on the reasons set forth in the accompanying Memorandum of Law, the facts stated in the accompanying Statement of Undisputed Material Facts, and the declarations and documents referenced therein. Therefore, the HCA Defendants respectfully request that the Court grant this

[1] The "HCA Defendants" are: HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.

Motion for Summary Judgment, dismiss Plaintiffs' remaining claims in this case, and award such other and further relief as the Court deems just and proper.

Dated: August 5, 2015

Respectfully submitted,

By: s/ Steven A. Riley

Steven A. Riley
Milton S. McGee, III
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Tele: (615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com

Everett C. Johnson, Jr.
J. Christian Word
Nathan H. Seltzer
Sarah A. Greenfield
LATHAM & WATKINS LLP
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
Tele: (202) 637-2200
everett.johnson@lw.com
christian.word@lw.com
nathan.seltzer@lw.com
sarah.greenfield@lw.com

Jamie L. Wine
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tele: (212) 906-1200
jamie.wine@lw.com

*Attorneys for Defendants HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Douglas S. Johnston, Jr.
Timothy L. Miles
Scott P. Tift
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 244-2202
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com
stift@barrettjohnston.com

D. Seamus Kaskela
Adrienne O. Bell
KESSLER, TOPAZ, MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
T: (610) 667-7706
skaskela@ktmc.com
abell@ktmc.com

Francis A. Bottini, Jr.
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
T: (858) 914-2001
fbottini@bottinilaw.com

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215
T: (615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

Darren J. Robbins
David C. Walton
Robert R. Henssler, Jr.
James I. Jaconette
Scott H. Saham
Robert K. Lu
Debra Wyman
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
T: (619) 231-1058
darrenr@rgrdlaw.com
davew@rgrdlaw.com
bhenssler@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com
rlu@rgrdlaw.com
debraw@rgrdlaw.com

James E. Barz
ROBBINS GELLER RUDMAN & DOWD, LLP
200 South Wacker Drive
31st Floor
Chicago, IL 60606
T: (312) 674-4674
jbarz@rgrdlaw.ccom

David M. Promisloff
PROFY PROMISLOFF & CIARLANTO, P.C.
100 N 22nd Street, Unit 105
Philadelphia, PA 19103
T: (215) 259-5156
david@prolawpa.com

Milton S. McGee, III
Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com

Matthew Joseph Sweeney
John S. Hicks
Caldwell Collins
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
T: (615) 726-5600
msweeney@bakerdonelson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com

Everett C. Johnson, Jr.
J. Christian Word
Nathan H. Seltzer
Sarah A. Greenfield
LATHAM & WATKINS LLP
555 Eleventh St. NW
Suite 1000
Washington, DC 20004
T: (202) 637-2200
everett.johnson@lw.com
christian.word@lw.com
nathan.seltzer@lw.com
sarah.greenfield@lw.com

Lawrence Portnoy
Edmund Polubinski III
Emmet Ong
Joshua Dugan
Deryn Darcy
DAVIS, POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
T: (212) 450-4695
lawrence.portnoy@davispolk.com
edmund.polubinski@davispolk.com
emmet.ong@davispolk.com
joshua.dugan@davispolk.com
deryn.darcy@davispolk.com

Jamie L. Wine
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
T: (212) 906-1200
jamie.wine@lw.com

this the 5th day of August, 2015.

s/ Steven A. Riley