UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, *Plaintiff*, vs. HCA HOLDINGS, INC., *et al.*, *Defendants*. | ) | Civil Action No. 3:11-cv-01033<br>(Consolidated)<br>CLASS ACTION<br>ORAL ARGUMENT REQUESTED<br>Judge Kevin H. Sharp<br>Magistrate Judge Barbara D. Holmes |

**UNDERWRITER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, the Underwriter Defendants[1] hereby respectfully move the Court for summary judgment on all remaining claims against them. In support of this Motion for Summary Judgment, the Underwriter Defendants respectfully submit the accompanying Memorandum of Law, the accompanying Statement of Undisputed Material Facts, and the declarations and documents referenced therein.

[1] The "Underwriter Defendants" are Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Morgan Stanley & Co. LLC (formerly known as Morgan Stanley & Co. Incorporated), Wells Fargo Securities, LLC, Avondale Partners, LLC, CRT Capital Group LLC, B. Riley & Company, LLC (formerly known as Caris & Company, Inc.), CastleOak Securities, L.P., Cowen and Company, LLC, Credit Agricole Securities (USA) Inc., Gleacher & Company Securities, Inc., Lazard Capital Markets LLC, Leerink Partners LLC (formerly known as Leerink Swann LLC), Loop Capital Markets L.L.C., Mizuho Securities USA Inc., Morgan Keegan & Company, Inc., Muriel Siebert & Co., Inc., Oppenheimer & Co. Inc., RBC Capital Markets, LLC, RBS Securities Inc., Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, SMBC Nikko Capital Markets Limited, Samuel A. Ramirez & Company, Inc., Sanford C. Bernstein & Co., LLC, SunTrust Robinson Humphrey, Inc., Susquehanna Financial Group, LLLP, and The Williams Capital Group, L.P.

DATED: New York, NY
August 5, 2015

DAVIS POLK & WARDWELL LLP

By: s/ Edmund Polubinski III
Edmund Polubinski III (*pro hac vice*)

Lawrence Portnoy (*pro hac vice*)
Emmet P. Ong (*pro hac vice*)
Deryn Darcy *(pro hac vice pending)*
450 Lexington Avenue
New York, New York 10017
T: (212) 450-4000
F: (212) 701-5800

lawrence.portnoy@davispolk.com
edmund.polubinski@davispolk.com
emmet.ong@davispolk.com
deryn.darcy@davispolk.com

-and-

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Matthew Sweeney
John S. Hicks
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
T: (615) 726-5774
F: (615) 744-5774

msweeney@bakerdonelson.com
jhicks@bakerdonelson.com

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Morgan Stanley & Co. LLC (formerly known as Morgan Stanley & Co.*

*Incorporated), Wells Fargo Securities, LLC, Avondale Partners, LLC, CRT Capital Group LLC, B. Riley & Company, LLC (formerly known as Caris & Company, Inc.), CastleOak Securities, L.P., Cowen and Company, LLC, Credit Agricole Securities (USA) Inc., Gleacher & Company Securities, Inc., Lazard Capital Markets LLC, Leerink Partners LLC (formerly known as Leerink Swann LLC), Loop Capital Markets L.L.C., Mizuho Securities USA Inc., Morgan Keegan & Company, Inc., Muriel Siebert & Co., Inc., Oppenheimer & Co. Inc., RBC Capital Markets, LLC, RBS Securities Inc., Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, SMBC Nikko Capital Markets Limited, Samuel A. Ramirez & Company, Inc., Sanford C. Bernstein & Co., LLC, SunTrust Robinson Humphrey, Inc., Susquehanna Financial Group, LLLP and The Williams Capital Group, L.P.*