UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HOLDINGS, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:11-cv-01033 **(Consolidated)**<br><br>Chief District Judge Kevin H. Sharp<br><br>Magistrate Judge Juliet E. Griffin<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER ON SUMMARY JUDGMENT AND *DAUBERT* BRIEFING |

This Stipulation is entered into by Lead Plaintiff New England Teamsters & Trucking Industry Pension Fund, the HCA Defendants[1] and the Underwriter Defendants[2] (collectively, the "Parties"), by and through undersigned counsel.

WHEREAS, the current scheduling order provides that summary judgment shall be filed on or before August 5, 2015 with responses due 42 days thereafter and replies 28 days thereafter (Dkt. No. 255);

WHEREAS, the Court previously set page limits for "Dispositive Motions" (Dkt. No. 255) and *Daubert* briefing (Chief Judge Sharp Ind. R. Practice III(C)(3)), which the Parties have sought leave to file briefs in excess of those limits;

WHEREAS, the HCA Defendants and Underwriter Defendants filed their *Daubert* motions on July 23, 2015 (Dkt. Nos. 350-376), and no present briefing schedule has been set with regard to *Daubert* motions;

WHEREAS, the Parties have stipulated and agreed to the following deadlines and page limitations regarding any summary judgment and *Daubert* motions, and it is therefore ORDERED

---

[1] The HCA Defendants are HCA Holdings, Inc., Hercules Holding II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.

[2] The Underwriter Defendants are Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Morgan Stanley & Co., LLC (formerly known as Morgan Stanley & Co. Incorporated), Wells Fargo Securities, LLC, Avondale Partners, LLC, CRT Capital Group LLC, Caris & Company, Inc., CastleOak Securities, L.P., Cowen and Company, LLC, Credit Agricole Securities (USA) Inc., Gleacher & Company Securities, Inc., Lazard Capital Markets LLC, Leerink Swann LLC, Loop Capital Markets L.L.C., Mizuho Securities USA Inc., Morgan Keegan & Company, Inc., Muriel Siebert & Co., Inc., Oppenheimer & Co. Inc., RBC Capital Markets, LLC, RBS Securities Inc., Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, SMBC Nikko Capital Markets Limited, Samuel A. Ramirez & Company, Inc., Sanford C. Bernstein & Co., LLC, SunTrust Robinson Humphrey, Inc., Susquehanna Financial Group, LLLP and The Williams Capital Group, L.P.

that the following briefing schedule and page limitations shall apply to summary judgment and *Daubert* motions absent further order of Court:

**Summary Judgment**

1. Any motions for summary judgment shall be filed by Lead Plaintiff, the HCA Defendants, and the Underwriter Defendants on or before August 5, 2015 and any briefs in support thereof shall not exceed 50 pages;

2. Responses to such motions shall be filed on or before September 16, 2015 and shall not exceed 50 pages; and

3. Replies shall be filed on or before October 14, 2015 and shall not exceed 25 pages.

**Defendants' *Daubert* Motions**

1. Lead Plaintiff shall respond to Defendants' *Daubert* motions on or before August 26, 2015 and each such response shall not exceed 20 pages; and

2. Replies shall be filed on or before September 16, 2015 and shall not exceed 10 pages.

**Lead Plaintiff's *Daubert* Motions**

1. Lead Plaintiff shall file *Daubert* motions on or before August 26, 2015 and any briefs in support thereof shall not exceed 20 pages;

2. Responses shall be filed on or before September 29, 2015 and shall not exceed 20 pages; and

3. Replies shall be filed on or before October 14, 2015 and shall not exceed 10 pages.

STIPULATED AND AGREED:

DATED: August 5, 2015

ROBBINS GELLER RUDMAN
& DOWD LLP
DARREN J. ROBBINS
JAMES I. JACONETTE
SCOTT H. SAHAM

s/ Darren J. Robbins

DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
& GARRISON, LLC
DOUGLAS S. JOHNSTON, JR., #5782
TIMOTHY L. MILES, #21605
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com
jmartin@barrettjohnston.com

Liaison Counsel

DATED: August 5, 2015

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY
MILTON S. MCGEE, III

s/ Steven A. Riley

STEVEN A. RILEY

1906 West End Avenue
Nashville, TN 37203
Tele: (615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com

LATHAM & WATKINS LLP

EVERETT C. JOHNSON, JR.
J. CHRISTIAN WORD
NATHAN H. SELTZER
SARAH A. GREENFIELD
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
Tele: (202) 637-2200
everett.johnson@lw.com
christian.word@lw.com
nathan.seltzer@lw.com
sarah.greenfield@lw.com

LATHAM & WATKINS LLP
JAMIE L. WINE
885 Third Avenue
New York, NY 10022-4834
jamie.wine@lw.com

*Attorneys for Defendants HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne*

DATED: August 5, 2015

DAVIS POLK & WARDWELL, LLP
LAWRENCE PORTNOY
EDMUND POLUBINSKI, III
EMMET P. ONG
JOSHUA DUGAN

s/ Edmund Polubinski, III
EDMUND POLUBINSKI, III

450 Lexington Avenue
New York, NY 10017
212/450-4000
212/701-5800 (Fax)
lawrence.portnoy@davispolk.com
edmund.polubinski@davispolk.com
emmet.ong@davispolk.com
joshua.dugan@davispolk.com

-and-

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
MATTHEW SWEENEY
JOHN S. HICKS
CALDWELL G. COLLINS
211 Commerce Street, Suite 800
Nashville, TN 37201
615/726-5600
615/726-0464 (Fax)
msweeney@bakerdonelson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com

*Attorneys for Underwriter Defendants are Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Morgan Stanley & Co., LLC (formerly known as Morgan Stanley & Co. Incorporated), Wells Fargo Securities, LLC, Avondale Partners, LLC, CRT Capital Group LLC, Caris & Company, Inc., CastleOak Securities, L.P., Cowen and Company, LLC, Credit Agricole Securities (USA) Inc., Gleacher & Company Securities, Inc., Lazard Capital Markets LLC, Leerink Swann LLC, Loop Capital Markets L.L.C., Mizuho Securities USA Inc., Morgan Keegan & Company, Inc., Muriel Siebert & Co., Inc., Oppenheimer & Co. Inc., RBC Capital Markets, LLC, RBS Securities Inc., Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, SMBC Nikko Capital Markets Limited, Samuel A. Ramirez & Company, Inc., Sanford C. Bernstein & Co., LLC, SunTrust Robinson Humphrey, Inc., Susquehanna Financial Group, LLLP and The Williams Capital Group, L.P.*

* * *

IT IS SO ORDERED.

Dated: August 6, 2015

Kevin H. Sharp

THE HONORABLE KEVIN H. SHARP
UNITED STATES CHIEF DISTRICT JUDGE