MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 3:11-cv-01033 (Consolidated)<br><br>CLASS ACTION<br>Judge Kevin H. Sharp<br>Magistrate Judge Barbara D. Holmes |

**HCA DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' REMAINING CLAIMS AND FOR RELIEF FROM LOCAL RULE 7.01(e)(1)**

Concurrently with this Motion, the HCA Defendants[1] are filing a Motion for Summary Judgment on Plaintiffs' Remaining Claims, a Memorandum of Law in support thereof (the "Memorandum"), an accompanying Statement of Undisputed Material Facts (the "Statement") and documents and declarations referenced therein. The parties have designated certain information and documents discussed in the Memorandum and the Statement as "CONFIDENTIAL" pursuant to the Stipulation and Supplemental Protective Order (Dkt. No. 155) (the "Protective Order"), which requires any documents so designated to be filed under seal. Dkt. 155 at ¶ 12.

Specifically, pursuant to the Protective Order, the HCA Defendants respectfully request leave to file under seal:

[1] The "HCA Defendants" are: HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.