MOTION TO FILE UNDER SEAL IS GRANTED.

Kevin H. Sharp

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 3:11-cv-01033 **(Consolidated)** |
| Plaintiff, | Chief District Judge Kevin H. Sharp |
| vs. | Magistrate Judge Barbara D. Holmes |
| HCA HOLDINGS, INC., et al., | CLASS ACTION |
| Defendants. | PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |