MOTION GRANTED
Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 3:11-cv-01033 (Consolidated) |
| *Plaintiff*, | ) | CLASS ACTION |
| vs. | ) | Judge Kevin H. Sharp<br>Magistrate Judge Barbara D. Holmes |
| HCA HOLDINGS, INC., *et al.*, | ) | |
| *Defendants*. | ) | |

**HCA DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Order on summary judgment and *Daubert* briefing (Dkt. No. 421), the HCA Defendants[1] are filing replies in support of their motions to exclude the testimony of three of Plaintiffs' proposed experts: D. Paul Regan, Richard Puntillo and Jeptha Curtis, M.D. The parties have designated certain information and documents discussed in the replies and supporting declaration as "CONFIDENTIAL" pursuant to the Stipulation and Supplemental Protective Order (Dkt. No. 155) (the "Protective Order"), which requires any documents so designated to be filed under seal. Dkt. 155 at ¶ 12.

Specifically, pursuant to the Protective Order, the HCA Defendants respectfully request leave to file under seal:

A. a reply in support of their Motion to Exclude Expert Testimony of D. Paul Regan;

B. a reply in support their Motion to Exclude Expert Testimony of Richard Puntillo; and

[1] The "HCA Defendants" are: HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.