**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 3:11-01033** |
| | ) | **Consolidated Class Action** |
| **HCA HOLDINGS, INC., et al.,** | ) | **Judge Sharp** |
| **Defendants.** | ) | |

**ORDER**

In accordance with the discussions at the hearing held on July 27, 2015, the Court confirms the following rulings:

(1) The deadline of August 5, 2015 for filing Motions for Summary Judgment is confirmed, although the parties may file motions to exceed the standard page limits for briefing.

(2) On or before October 15, 2015, Plaintiffs shall file responses to Defendants' *Daubert* motions and/or file their own *Daubert* Motions.

(3) The Court will hold a *Daubert* evidentiary hearing on November 24, and 25, 2015, commencing the first day at 9:00 a.m.; and

The trial date of January 12, 2016 is confirmed.

It is so ORDERED.

Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE