UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 3:11-cv-01033 **(Consolidated)** |
| Plaintiff, | ) | Chief District Judge Kevin H. Sharp |
| vs. | ) | Magistrate Judge Barbara D. Holmes |
| HCA HOLDINGS, INC., et al., | ) | CLASS ACTION |
| Defendants. | ) | ORDER GRANTING PARTIES' AGREED UPON MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE |

This matter comes before the Court on the Parties' Agreed Upon Motion to Approve the Form and Manner of Class Notice.

Upon consideration of the foregoing Motion, the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that:

The Motion is Granted, Lead Plaintiff and Class Representative New England Teamsters & Trucking Industry Pension Fund is to provide notice to the Class in substantially the form as submitted as Exhibit A to the Motion and in accordance with the Notice Plan submitted as Exhibit B to the Motion.

* * *

**O R D E R**

IT IS SO ORDERED.

DATED: September 23, 2015

Kevin H. Sharp

THE HONORABLE KEVIN H. SHARP
UNITED STATES CHIEF DISTRICT JUDGE