IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, individually and on behalf of all others similarly situated<br><br>v.<br><br>HCA HOLDINGS, INC.; RICHARD M. BRACKEN; R. MILTON JOHNSON; CHRISTOPHER J. BIROSAK; JOHN P. CONNAUGHTON; JAMES D. FORBES; KENNETH W. FREEMAN; THOMAS F. FRIST, III; WILLIAM R. FRIST; CHRISTOPHER R. GORDON; MICHAEL W. MICHELSON; JAMES C. MOMTAZEE; STEPHEN G. PAGLIUCA; NATHAN C. THORNE; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; CITIGROUP GLOBAL MARKETS INC.; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; GOLDMAN SACHS & CO.; MORGAN STANLEY & CO. INCORPORATED; and WELLS FARGO SECURITIES, LLC | ) | No. 3-11-1033<br><br>Consolidated with Nos. 3-11-1098 and 3-11-1170 |

<u>O R D E R</u>

The following several motions filed by both Plaintiffs and Defendants for leave to file documents under seal are GRANTED: Docket Entry Nos. 263, 267, 270, 274, 276, 286, 297, 300, 304, 316, 322, and 340. The Clerk is directed to maintain UNDER SEAL the documents referenced in the motions until further order of the Court.

Plaintiffs' motion for leave to file a reply (Docket Entry No. 273) is GRANTED.

It is so ORDERED.

Barbara D. Holmes
BARBARA D. HOLMES
United States Magistrate Judge