MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 3:11-cv-01033 (Consolidated) |
| *Plaintiff*, | ) | CLASS ACTION |
| vs. | ) | Judge Kevin H. Sharp |
| | ) | Magistrate Judge Barbara D. Holmes |
| HCA HOLDINGS, INC., *et al.*, | ) | |
| *Defendants*. | ) | |

**HCA DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Order on summary judgment and *Daubert* briefing (Dkt. No. 421), the HCA Defendants[1] are filing responses to Plaintiffs' motions to exclude the testimony of four of the HCA Defendants' experts: M. Timothy Renjilian, Brett E. Barlag, Keith T. Ghezzi, M.D. and Gregory J. Nachtwey. The parties have designated certain information and documents discussed in the responses as "CONFIDENTIAL" pursuant to the Stipulation and Supplemental Protective Order (Dkt. No. 155) (the "Protective Order"), which requires any documents so designated to be filed under seal. Dkt. 155 at ¶ 12.

Specifically, pursuant to the Protective Order, the HCA Defendants respectfully request leave to file under seal:

A. their opposition to Plaintiffs' Motion to Exclude the Expert Testimony of M. Timothy Renjilian;

B. their opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Brett E. Barlag;

[1] The "HCA Defendants" are: HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.