MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>HCA HOLDINGS, INC., *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 3:11-cv-01033<br><br>(Consolidated)<br><br>CLASS ACTION<br><br>Judge Kevin H. Sharp<br>Magistrate Judge Barbara D. Holmes |

**UNDERWRITER DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Stipulation and Supplemental Protective Order (Dkt. No. 155) (the "Protective Order"), the Underwriter Defendants[1] respectfully request leave to file under seal (1) the Reply Memorandum of Law in Support of the Underwriter Defendants' Motion for Summary Judgment (the "Reply Memorandum"); (2) the Underwriter Defendants' Responses to Plaintiff's Statement of Additional Facts in Dispute; (3) the Declaration of Emmet P. Ong in Support of the Underwriter Defendants' Motion for Summary Judgment (the "Ong Declaration"); (4) Exhibits 112 to 115 identified in the Ong Declaration; (5) the Declaration of

[1] The "Underwriter Defendants" are Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Morgan Stanley & Co. LLC (formerly known as Morgan Stanley & Co. Incorporated), Wells Fargo Securities, LLC, Avondale Partners, LLC, CRT Capital Group LLC, B. Riley & Company, LLC (formerly known as Caris & Company, Inc.), CastleOak Securities, L.P., Cowen and Company, LLC, Credit Agricole Securities (USA) Inc., Gleacher & Company Securities, Inc., Lazard Capital Markets LLC, Leerink Partners LLC (formerly Leerink Swann LLC), Loop Capital Markets L.L.C., Mizuho Securities USA Inc., Morgan Keegan & Company, Inc., Muriel Siebert & Co., Inc., Oppenheimer & Co. Inc., RBC Capital Markets, LLC, RBS Securities Inc., Raymond James & Associates, Inc., Robert W. Baird & Co. Incorporated, SMBC Nikko Capital Markets Limited, Samuel A. Ramirez & Company, Inc., Sanford C. Bernstein & Co., LLC, SunTrust Robinson Humphrey, Inc., Susquehanna Financial Group, LLLP, and The Williams Capital Group, L.P.