MOTION GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 3:11-cv-01033 (Consolidated) |
| *Plaintiff*, | ) | CLASS ACTION |
| vs. | ) | Judge Kevin H. Sharp<br>Magistrate Judge Barbara D. Holmes |
| HCA HOLDINGS, INC., *et al.*, | ) | |
| *Defendants*. | ) | |

**HCA DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Order on summary judgment and *Daubert* briefing (Dkt. No. 421), the HCA Defendants[1] are filing a Reply Memorandum in Support of the their Motion for Summary Judgment on Plaintiffs' Remaining Claims ("Reply Memorandum"), a Response to Plaintiffs' Statement of Material Facts to Which There Exists a Genuine Issue to be Tried ("Response") and documents referenced therein. The parties have designated certain information and documents discussed in the Reply Memorandum and Response as "CONFIDENTIAL" pursuant to the Stipulation and Supplemental Protective Order (Dkt. No. 155) (the "Protective Order"), which requires any documents so designated to be filed under seal. Dkt. 155 at ¶ 12.

Specifically, pursuant to the Protective Order, the HCA Defendants respectfully request leave to file under seal:

A. the Reply Memorandum

B. the Response;

[1] The "HCA Defendants" are: HCA Holdings, Inc., Hercules Holdings II, LLC, Richard M. Bracken, R. Milton Johnson, Christopher J. Birosak, John P. Connaughton, James D. Forbes, Kenneth W. Freeman, Thomas F. Frist, III, William R. Frist, Christopher R. Gordon, Michael W. Michelson, James C. Momtazee, Stephen G. Pagliuca and Nathan C. Thorne.