**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARSTEN SCHUH** | **)** | |
| | **)** | **NO. 3:11-1033** |
| **v.** | **)** | **JUDGE SHARP** |
| | **)** | |
| **HCA HOLDINGS, INC., et al.,** | **)** | |

**ORDER**

In lieu of the trial set to begin on January 12, 2016, the Court will reschedule the *Daubert* Hearings currently set for November 24, 2015, for January 12 - 15, 2016, at 9:00 a.m.

The Joint Motion for Telephonic Status Conference Regarding *Daubert* Hearings Scheduled for November 24th and 25th (Docket No. 527) is hereby DENIED as moot.

It is so ORDERED.

Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE