UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:11-cv-01033 **(Consolidated)** |
| Plaintiff, | ) ) | Chief Judge Kevin H. Sharp |
| vs. | ) ) ) | Magistrate Judge Barbara D. Holmes |
| HCA HOLDINGS, INC., et al., | ) ) | CLASS ACTION |
| Defendants. | ) ) ) | LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

Lead Plaintiff respectfully moves this Court pursuant to Federal Rule of Civil Procedure 23 for an Order preliminarily approving the Stipulation of Settlement dated December 18, 2015 (the "Stipulation"); approving the form and manner of notice to the Class; and scheduling a final hearing date.

This motion is based upon the accompanying Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing.

DATED: December 18, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JAMES I. JACONETTE
SCOTT H. SAHAM

    s/ Darren J. Robbins
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
DOUGLAS S. JOHNSTON, JR., #5782
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
djohnston@barrettjohnston.com

Liaison Counsel

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2015, I served the foregoing LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT via the Court's Electronic Filing System on the following:

**Counsel for Defendants:**

Milton S. McGee, III
Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
615/320-3700
615/320-3737 (Fax)
tmcgee@rwjplc.com
sriley@rwjplc.com

Matthew Sweeney
John S. Hicks
Caldwell G. Collins
BAKER, DONELSON, BEARMAN, CALDWELL
   & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
615/726-5600
615/726-0464 (Fax)
msweeney@bakerdonelson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com

Everett Johnson
J. Christian Word
Nathan H. Seltzer
Sarah A. Greenfield (Tomkowiak)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
202/637-1008
202/637-2201 (Fax)
everett.johnson@lw.com
christian.word@lw.com
nathan.seltzer@lw.com
sarah.greenfield@lw.com

Lawrence Portnoy
Edmund Polubinski, III
Emmet P. Ong
Joshua Dugan
Deryn Darcy
Brian M. Burnovski
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
212/450-4000
212/701-5800 (Fax)
lawrence.portnoy@davispolk.com
edmund.polubinski@davispolk.com
emmet.ong@davispolk.com
joshua.dugan@davispolk.com
deryn.darcy@davispolk.com
brian.burnovski@davispolk.com

Jamie L. Wine
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
212/906-2904
212/751-4864 (Fax)
jamie.wine@lw.com

**Counsel for Plaintiffs:**

Douglas S. Johnston, Jr.
Timothy L. Miles
Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
615/244-2202
615/252-3798 (Fax)
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com
jmartin@barrettjohnston.com

Francis A. Bottini, Jr.
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
858/914-2001
858/914-2002 (Fax)
fbottini@bottinilaw.com

Darren J. Robbins
James J. Jaconette
Debra J. Wyman
Scott H. Saham
Robert R. Henssler Jr.
Kevin A. Lavelle
Jim Barz
ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (Fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
dwyman@rgrdlaw.com
scotts@rgrdlaw.com
bhenssler@rgrdlaw.com
klavelle@rgrdlaw.com
jbarz@rgrdlaw.com

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
2400 Crestmore Road
P.O. Box 150734
Nashville, TN 37215
615/248-2828
615/254-4116 (Fax)
pknashlaw@aol.com
robert@bramlettlawoffices.com

D. Seamus Kaskela
David M. Promisloff
Adrienne O. Bell
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
610/667-7706
610/667-7056 (Fax)
skaskela@ktmc.com
dmp@weiserlawfirm.com
abell@ktmc.com

 

                                       s/ Darren J. Robbins
                                           DARREN J. ROBBINS

- 3 -