# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HCA HOLDINGS, INC., et al.,<br><br>Defendants. | No. 3:11-01033<br>Consolidated Class Action<br>Judge Sharp |

## ORDER

In light of the fact that the Court entered an "Order Preliminarily Approving Settlement and Providing for Notice" and set a "Final Approval Hearing" for April 11, 2016 (Docket No. 535), all pending Motions in this case are hereby DENIED AS MOOT. Said denial is WITHOUT PREJUDICE to refiling should a final settlement not be approved.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE