UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-cv-01033<br>**(Consolidated)**<br><br>Chief Judge Kevin H. Sharp<br><br>Magistrate Judge Barbara D. Holmes<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND THE PLAN OF ALLOCATION |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to an Order of the Court dated January 13, 2016, on April 11, 2016, at 3:30 p.m., or as soon thereafter as counsel may be heard, at the Estes Kefauver Federal Building and United States Courthouse, 801 Broadway, Nashville, Tennessee, before the Honorable Kevin H. Sharp, Chief United States District Judge, Lead Plaintiff will and hereby moves for an order approving: (1) the proposed settlement of the above-captioned action; and (2) the Plan of Allocation of settlement proceeds. This motion is based on the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and the Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to the Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4), the Declaration of Edward F. Groden, the Declaration of Layn R. Phillips, the Declaration of Aubrey B. Harwell, Jr., the Declaration of Martin Holmes, the Declaration of Carole K. Sylvester, the Stipulation of Settlement and all Exhibits thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

DATED: March 7, 2016

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
JAMES I. JACONETTE
SCOTT H. SAHAM

　　　s/ Darren J. Robbins　　　
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com

Lead Counsel for Plaintiff

- 1 -

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Liaison Counsel

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2016, I served the foregoing Lead Plaintiff's Notice of Motion and Motion for Final Approval of Class Action Settlement and the Plan of Allocation via the Court's Electronic Filing System on the following:

**Counsel for Defendants:**

Milton S. McGee, III
Steven A. Riley
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
615/320-3700
615/320-3737 (Fax)
tmcgee@rwjplc.com
sriley@rwjplc.com

Matthew Sweeney
John S. Hicks
Caldwell G. Collins
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
615/726-5600
615/726-0464 (Fax)
msweeney@bakerdonelson.com
jhicks@bakerdonelson.com
cacollins@bakerdonelson.com

Everett Johnson
J. Christian Word
Nathan H. Seltzer
Sarah A. Greenfield (Tomkowiak)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202/637-1008
202/637-2201 (Fax)
everett.johnson@lw.com
christian.word@lw.com
nathan.seltzer@lw.com
sarah.greenfield@lw.com

Lawrence Portnoy
Edmund Polubinski, III
Emmet P. Ong
Joshua Dugan
Deryn Darcy
Brian M. Burnovski
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
212/450-4000
212/701-5800 (Fax)
lawrence.portnoy@davispolk.com
edmund.polubinski@davispolk.com
emmet.ong@davispolk.com
joshua.dugan@davispolk.com
deryn.darcy@davispolk.com
brian.burnovski@davispolk.com

Jamie L. Wine
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
212/906-2904
212/751-4864 (Fax)
jamie.wine@lw.com

**Counsel for Plaintiffs:**

Douglas S. Johnston, Jr.
Timothy L. Miles
Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
615/244-2202
615/252-3798 (Fax)
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com
jmartin@barrettjohnston.com

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
2400 Crestmore Road
P.O. Box 150734
Nashville, TN 37215
615/248-2828
615/254-4116 (Fax)
pknashlaw@aol.com
robert@bramlettlawoffices.com

Francis A. Bottini, Jr.
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
858/914-2001
858/914-2002 (Fax)
fbottini@bottinilaw.com

D. Seamus Kaskela
David M. Promisloff
Adrienne O. Bell
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
610/667-7706
610/667-7056 (Fax)
skaskela@ktmc.com
dmp@weiserlawfirm.com
abell@ktmc.com

Darren J. Robbins
James J. Jaconette
Debra J. Wyman
Scott H. Saham
Robert R. Henssler Jr.
Kevin A. Lavelle
Jim Barz
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (Fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
dwyman@rgrdlaw.com
scotts@rgrdlaw.com
bhenssler@rgrdlaw.com
klavelle@rgrdlaw.com
jbarz@rgrdlaw.com

s/ Darren J. Robbins
DARREN J. ROBBINS

- 4 -