MOTION TO FILE REPLY GRANTED

Kevin H. Sharp

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| KARSTEN SCHUH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-cv-01033 **(Consolidated)**<br><br>Chief Judge Kevin H. Sharp<br><br>Magistrate Judge Barbara D. Holmes<br><br>CLASS ACTION<br><br>MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR APPEAL BOND |