**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 10, 2016

Mr. Joseph David Daley
Robbins, Geller, Rudman & Dowd
655 W. Broadway
Suite 1900
San Diego, CA 92101

Mr. Jerry E. Martin
Barrett Johnston Martin & Garrison
414 Union Street
Suite 900
Nashville, TN 37219

Mr. John Jacob Pentz III
Law Offices
19 Widow Rites Lane
Sudbury, MA 01776

Mr. Darren J. Robbins
Robbins, Geller, Rudman & Dowd
655 W. Broadway
Suite 1900
San Diego, CA 92101

Mr. Scott H Saham
Robbins, Geller, Rudman & Dowd
655 W. Broadway
Suite 1900
San Diego, CA 92101

Re: Case No. 16-5747, *Karsten Schuh, et al v. HCA Holdings, Inc.*
Originating Case No. : 3:11-cv-01033 : 3:11-cv-01098 : 3:11-cv-01170

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 16-5747

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

KARSTEN SCHUH; RAFAT KISHTAH; JULIUS DANIELS

Plaintiffs

and

NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND

Plaintiff - Appellee

MATHIS BISHOP; CATHERINE BISHOP

Plaintiffs - Appellants

v.

HCA HOLDINGS, INC., et al

Defendants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 10, 2016